# Exhibit 3

US00D554427S

(12) **United States Design Patent** (10) Patent No.: **US D554,427 S**

Sands (45) Date of Patent: ** Nov. 6, 2007

(54) **COMBINED BLENDER BASE AND CONTAINER**

(75) Inventor: **Lenny Sands**, Encino, CA (US)

(73) Assignee: **Homeland Housewares, LLC**, Los Angeles, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/285,439**

(22) Filed: **Mar. 28, 2007**

(51) **LOC (8) Cl.** ............................................. **31-00**
(52) **U.S. Cl.** .................................................... **D7/378**
(58) **Field of Classification Search** ............. D7/300.1, D7/306, 313, 372–386, 412, 413, 536, 665; D14/413; 74/16; 99/509–511; 241/30, 241/33, 37.5, 101.01–101.02, 166–169.1, 241/199.12, 274–278.2, 285.1–285.3, 291, 241/292.1, 301; 318/443; 366/64–67, 98, 366/100, 129, 191, 197–201, 205–207, 219–221, 366/241–254, 279–292, 325.94, 330.4, 341–343
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D114,673 S * 5/1939 Cravaritis ................. D7/300.1

(Continued)

*Primary Examiner*—Cathron C. Brooks
*Assistant Examiner*—Ricky Pham
(74) *Attorney, Agent, or Firm*—Cislo & Thomas, LLP

(57) **CLAIM**

The ornamental design for a combined blender base and container, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a combined blender base and container, in accordance with an embodiment of the present invention.

FIG. **2** is a front view of the combined blender base and container of FIG. **1**.

FIG. **3** is a side view of the combined blender base and container of FIG. **1**.

FIG. **4** is an opposing side view of the combined blender base and container of FIG. **1**.

FIG. **5** is a rear view of the combined blender base and container of FIG. **1**.

FIG. **6** is a top view of the combined blender base and container of FIG. **1**.

FIG. **7** is a bottom view of the combined blender base and container of FIG. **1**.

FIG. **8** is an exploded perspective view of the combined blender base and container of FIG. **1**.

FIG. **9** is a perspective view of the combined blender base and container, in accordance with an alternative embodiment of the present invention.

FIG. **10** is a front view of the combined blender base and container of FIG. **9**.

FIG. **11** is a side view of the combined blender base and container of FIG. **9**.

FIG. **12** is an opposing side view of the combined blender base and container of FIG. **9**.

FIG. **13** is a rear view of the combined blender base and container of FIG. **9**.

FIG. **14** is a top view of the combined blender base and container of FIG. **9**.

FIG. **15** is a bottom view of the combined blender base and container of FIG. **9**; and,

FIG. **16** is an exploded perspective view of the combined blender base and container of FIG. **9**.

Any broken lines, shown throughout in the drawing figures, are included for the purpose of illustrating environmental structures only and form no part of the claimed design.

**1 Claim, 14 Drawing Sheets**



**US D554,427 S**

Page 2

## U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 2,920,875 | A | * | 1/1960 | Marfuggi | 366/197 |
| 3,627,008 | A | * | 12/1971 | Samuelian | 241/199.12 |
| 3,704,864 | A | * | 12/1972 | Lee | 366/205 |
| 5,636,923 | A | * | 6/1997 | Nejat-Bina | 366/205 |
| D423,872 | S | * | 5/2000 | Blaise | D7/378 |
| D487,668 | S | * | 3/2004 | Sands | D7/378 |
| D501,756 | S | * | 2/2005 | Nikkhah | D7/413 |
| D501,759 | S | * | 2/2005 | Sands | D7/536 |
| D518,994 | S | * | 4/2006 | Lin | D7/378 |
| D530,975 | S | * | 10/2006 | Fernandez | D7/378 |
| D532,648 | S | * | 11/2006 | Sands | D7/376 |
| 2005/0068847 | A1 | * | 3/2005 | Sands | 366/205 |

* cited by examiner

Case 2:16-cv-02980-DSF-AFM   Document 1-3   Filed 05/02/16   Page 4 of 23   Page ID #:46



*FIG. 1*



*FIG. 2*



*FIG. 3*

Case 2:16-cv-02980-DSF-AFM   Document 1-3   Filed 05/02/16   Page 7 of 23   Page ID #:49



*FIG. 4*



*FIG. 5*



*FIG. 6*



*FIG. 7*



*FIG. 8*



FIG. 9



*FIG. 10*



*FIG.  11*



FIG. 12



*FIG.   13*



*FIG. 14*



*FIG. 15*



*FIG. 16*

US00D500633S

(12) **United States Design Patent**     (10) Patent No.:     **US D500,633 S**

Sands                                     (45) Date of Patent:   ✱✱   **Jan. 11, 2005**

(54) **MUG**

(75) Inventor:   **Lenny Sands**, Los Angeles, CA (US)

(73) Assignee:   **Homeland Housewares, LLC,** Los Angeles, CA (US)

(✱✱) Term:   **14 Years**

(21) Appl. No.:  **29/205,079**

(22) Filed:   **May 7, 2004**

### Related U.S. Application Data

(63)  Continuation-in-part of application No. 29/202,701, filed on Apr. 2, 2004.

(51) **LOC (7) Cl.** .................................................. **07-01**
(52) **U.S. Cl.** ........................ **D7/396.2;** D7/510; D7/536
(58) **Field of Search** ......................... D7/533, 536, 510, D7/511, 507, 531, 509, 376, 377, 378, 396.2; 366/199, 197, 251, 314, 205, 206, 130, 325.8; 215/390, 387, 398; 241/282.2, 282.1, 195; 220/718, 705, 710.5, 703, 603, 713, 729; 219/433

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 2,299,730 | A | 10/1942 | Bornstein | 65/131 |
| 3,064,949 | A | 11/1962 | Dewenter | 259/108 |
| 3,085,710 | A | 4/1963 | McIlroy | 220/90.4 |
| 3,315,946 | A | 4/1967 | Nissman | 259/108 |
| 3,704,864 | A | * 12/1972 | Lee | 366/205 |
| D231,068 | S | * 4/1974 | Douglas | D7/533 |
| 3,881,705 | A | 5/1975 | Greenspan | 259/108 |
| 4,435,084 | A | * 3/1984 | Calhoun et al. | 366/130 |
| 4,480,926 | A | 11/1984 | Lattery, Jr. et al. | 366/251 |
| 4,487,509 | A | 12/1984 | Boyce | 366/199 |

| | | | | |
|---|---|---|---|---|
| 4,523,083 | A | * 6/1985 | Hamilton | 219/433 |
| D281,945 | S | * 12/1985 | Boyce | D7/378 |
| 4,708,487 | A | 11/1987 | Marshall | 366/206 |
| 4,889,248 | A | * 12/1989 | Bennett | 215/390 |
| D347,966 | S | * 6/1994 | Doggett | D7/378 |
| 5,531,353 | A | * 7/1996 | Ward et al. | 220/729 |
| D385,149 | S | * 10/1997 | Feil | D7/378 |
| 5,720,552 | A | * 2/1998 | Schindlegger | 366/197 |
| D470,050 | S | 2/2003 | Renz et al. | D9/434 |
| 6,523,994 | B2 | * 2/2003 | Lawson | 366/199 |
| D486,997 | S | 2/2004 | Janky | D7/531 |
| D487,668 | S | 3/2004 | Sands | D7/378 |
| 2001/0036124 | A1 | * 11/2001 | Rubenstein | 366/205 |
| 2001/0046183 | A1 | * 11/2001 | Lawson | 366/205 |
| 2002/0176320 | A1 | * 11/2002 | Wulf et al. | 366/325.8 |
| 2003/0214875 | A1 | * 11/2003 | Dickson | 366/206 |

* cited by examiner

*Primary Examiner*—M. N. Pandozzi
(74) *Attorney, Agent, or Firm*—Cislo & Thomas LLP

(57)            **CLAIM**

The ornamental design for mug, as shown and described herein.

### DESCRIPTION

FIG. **1** is a perspective view of a mug showing my new design;
FIG. **2** is a top plan view thereof;
FIG. **3** is a bottom plan view thereof;
FIG. **4** is a left side elevational view thereof;
FIG. **5** is a rear elevational view thereof;
FIG. **6** is a right side elevational view thereof;
FIG. **7** is a front elevational view thereof; and,
FIG. **8** is an environmental perspective view thereof.
The broken line portions of the disclosure are for illustrative purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





Fig.1

Fig.4

Fig.2

Fig.3



FIG.5          FIG.6



FIG.7



FIG. 8

US00D532255S

(12) **United States Design Patent**     (10) Patent No.:     **US D532,255 S**

Sands     (45) Date of Patent:     ** **Nov. 21, 2006**

(54) **MUG**

(75) Inventor: **Lenny Sands**, Los Angeles, CA (US)

(73) Assignee: **Homeland Housewares, LLC**, Los Angeles, CA (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/257,446**

(22) Filed: **Apr. 3, 2006**

**Related U.S. Application Data**

(60) Division of application No. 29/242,332, filed on Nov. 9, 2005, which is a division of application No. 29/216,603, filed on Nov. 5, 2004, now Pat. No. Des. 519,321, which is a division of application No. 29/205,079, filed on May 7, 2004, now Pat. No. Des. 500,633, and a continuation-in-part of application No. 29/202,701, filed on Apr. 2, 2004, now Pat. No. Des. 501,759.

(51) **LOC (8) Cl.** .................................................... **07-99**
(52) **U.S. Cl.** ..................................... **D7/413**; D7/396.2
(58) **Field of Classification Search** ................. D7/533, D7/536, 510, 511, 507, 509, 396.2, 413, 376, D7/377, 378, 412, 415; 366/199, 197, 251, 366/314, 205, 206, 130; 215/390, 387, 398; 241/282.2, 195, 301
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 1,606,992 | A | * 11/1926 | Gilchrist | .................... 366/197 |
| 2,299,730 | A | 10/1942 | Bornstein | |
| 3,064,949 | A | 11/1962 | Dewenter | |
| 3,085,710 | A | 4/1963 | McIlroy | |
| 3,299,226 | A | * 1/1967 | Edwards | .................... 200/16 C |
| 3,315,946 | A | 4/1967 | Nissman | |
| 3,704,864 | A | 12/1972 | Lee | |
| 3,881,705 | A | 5/1975 | Greenspan | |
| 4,480,926 | A | 11/1984 | Lattery, Jr. et al. | |
| 4,487,509 | A | 12/1984 | Boyce | |
| 4,708,487 | A | 11/1987 | Marshall | |
| 4,889,248 | A | 12/1989 | Bennett | |
| 5,720,552 | A | 2/1998 | Schindlegger | |
| D470,050 | S | 2/2003 | Renz et al. | |
| D487,668 | S | * 3/2004 | Sands | ......................... D7/378 |
| 6,817,750 | B1 | * 11/2004 | Sands | ......................... 366/205 |
| 2001/0036124 | A1 | 11/2001 | Rubenstein | |

OTHER PUBLICATIONS

http://www.kissmixer.com/order/order1.htm; Downloaded Oct. 27, 2004.
http://www.kissmixer.com/feature/feature1.htm (2 pages); Downloaded Oct. 28, 2004.

* cited by examiner

*Primary Examiner*—M. N. Pandozzi
(74) *Attorney, Agent, or Firm*—Cislo & Thomas, LLP

(57) **CLAIM**

The ornamental design for a mug, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a mug, in accordance with the present invention.
The broken line portions of the disclosure are included for illustrative purposes only and form no part of the claimed design.

**1 Claim, 1 Drawing Sheet**





*FIG. 1*