# Exhibit 4

Your Account › Your Orders › Order Details

# Order Details

Ordered on February 6, 2016     Order# 109-5003288-8745044

View or Print invoice

**Shipping Address**

**Payment Method**

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $153.03 |
| Shipping & Handling: | $0.00 |
| Total before tax: | $153.03 |
| Estimated tax to be collected: | $1.01 |
| **Grand Total:** | **$154.04** |

Transactions

**3 SHIPMENTS**

### Delivered Feb 10, 2016
Your package was delivered.

Magic Bullet NutriBullet Pro 900 Series Blender/Mixer System
Sold by: Firemall LLC
$116.99
Condition: New

Buy it Again

- Track package
- Return or replace items
- Leave seller feedback
- Leave package feedback
- Write a product review
- Archive order

### Delivered Feb 11, 2016
Your package was delivered.

Healthy Joints for Life: An Orthopedic Surgeon's Proven Plan to Reduce Pain and Inflammation, Avoid Surgery and Get Moving Again
Diana, Richard
Sold by: Amazon.com LLC
$15.98
Condition: New

Buy it Again

- Track package
- Return or replace items
- Leave package feedback
- Write a product review
- Archive order



# View order details

| | |
|---|---|
| Order date | Mar 8, 2016 |
| Order # | 111-3216603-2017013 |
| Order total | $197.04 (2 items) |

## Shipment 1 of 2

Two-Day Shipping

### Delivered

Delivery Estimate
**Thursday, March 10, 2016 by 8:00pm**



**Magic Bullet Nutribullet Pro 900 Blender/Mixer (15 Piece Set)** — $127.50
Qty: 1
Sold By: Firemall LLC

Track shipment >

## Shipment 2 of 2

Two-Day Shipping

**amazon**.com

# Final Details for Order #112-2760302-6765038
Print this page for your records.

**Order Placed:** February 29, 2016
**Amazon.com order number:** 112-2760302-6765038
**Order Total:** $109.99

## Shipped on March 1, 2016

**Items Ordered** — **Price**

1 of: *Magic Bullet NutriBullet Pro 900 Series Blender/Mixer System - 9 Piece Set* — $109.99
Sold by: Firemall LLC (seller profile)

Condition: New

**Shipping Address:**
[redacted]

Item(s) Subtotal: $109.99
Shipping & Handling: $0.00
-----
Total before tax: $109.99
Sales Tax: $0.00
-----
**Total for This Shipment:** $109.99
-----

**Shipping Speed:**
Two-Day Shipping

## Payment information

**Payment Method:**
[redacted]

Item(s) Subtotal: $109.99
Shipping & Handling: $0.00
-----
Total before tax: $109.99
Estimated tax to be collected: $0.00
-----
**Grand Total:** $109.99

**Billing address**
[redacted]

**Credit Card transactions**
[redacted] March 1, 2016: $109.99

To view the status of your order, return to Order Summary.



