Michael N. Cohen (SB# 225348)
*mcohen@cohenip.com*
Joshua H. Eichenstein (SB#299392)
*jeichenstein@cohenip.com*
COHEN IP LAW GROUP
A Professional Corporation
9025 Wilshire Boulevard, Suite 301
Beverly Hills, California 90211
Phone: (310) 288-4500 • Fax: (310) 246-9980

Attorneys for Defendants
FIREMALL LLC, and MITCHEL BERKOWITZ incorrectly sued as MITCHELL BERKOWITZ

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| CAPRAN HOLDINGS, LLC, a California LLC, and NUTRIBULLET, LLC, a California LLC,<br><br>Plaintiffs,<br>v.<br>FIREMALL LLC, a New York LLC, and MITCHEL BERKOWITZ, an individual,<br><br>Defendants.<br><br>FIREMALL LLC, a New York LLC, MITCHEL BERKOWITZ, an individual<br><br>Counterclaimant,<br><br>v.<br>CAPRAN HOLDINGS, LLC, a California LLC, and NUTRIBULLET, LLC, a California LLC | Case No. 2:16-cv-02980-DSF-AFM<br><br>**FIREMALL LLC'S THIRD PARTY COMPLAINT AGAINST THIRD-PARTY DEFENDANTS FOR:**<br><br>**1) EQUITABLE INDEMNITY**<br>**2) CONTRIBUTION**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Case filed: May 2, 2016<br>Trial Date: July 11, 2017 |

| | |
|---|---|
| 1 | FIREMALL LLC, a New York LLC, |
| 2 | Third Party Plaintiff, |
| 3 | |
| 4 | v. |
| 5 | JOSEPH SCHWARTZ, an individual *d.b.a.* NIKA CORP; NIKA PROMO INC., a New York Corporation; DOES 1-10 |
| 6 | |
| 7 | Third Party Defendants |
| 8 | |
| 9 | |

## PARTIES

1.  Third-Party Plaintiff, Firemall LLC (hereinafter "Firemall") is a corporation organized and existing under the laws of the State of New York with its principal place of business at 1014 Stanley Ave Brooklyn, NY 11208.

2.  On information and belief, Third-Party Defendant Joseph Schwartz is an individual, doing business as Nika Corp at the address 14 Dover Ter. Monsey NY 10952, with a listed phone number as (347) 623-7684.

3.  On information and belief, Third-Party Defendant Nika Promo Inc. is a New York corporation with its listed address 1325 Atlantic Ave Brooklyn NY 11216. It's agent of service of process is listed as Joseph Schwartz located at 14 Dover Ter. Monsey NY 10952.

4.  Firemall is unaware of the names and true capacities of potential third party defendants, whether individual, corporate and/or partnership entities, named herein as DOES 1 through 10, inclusive, and therefore are sued herein under fictitious name. Firemall is informed and believes and thereon alleges, that Does 1 through 10, and each of them are responsible in some manner for the occurrences alleged herein and that Firemall's damages were proximately caused by such third

party defendants. Firemall will seek leave of Court to amend this complaint to allege their true names and capacities when they have been ascertained.

## JURISDICTION AND VENUE

5. The underlying action arises under the patent laws of the United States, including 35 U.S.C. §§ 102, 103, 171, 271, and 289, the trademark laws of the United States, including 15 U.S.C. § 1125, the Copyright Act of 1976, Title 17 U.S.C., § 101, and thus this Court initially acquired federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

6. This third-party complaint is substantially related to the underlying action and arises from a common nucleus of operative facts. Thus, this Court has supplemental jurisdiction over the third-party complaint under 28 U.S.C. § 1367.

7. This Court has personal jurisdiction over Joseph Schwartz d.b.a Nika Corp because on information and belief, that he sold, authorized, directed, and/or caused the importation of the Nutribullet Pro 900 Series Blender/Mixer Systems products into this district. (Exhibit 1). This court has personal jurisdiction over Nika Promo Inc. because on information and belief, it authorized, directed, and/or caused the importation of the Nutribullet Pro 900 Series Blender/Mixer Systems products into and/or out of this district. (Exhibit 2)

8. Venue is proper in this district pursuant to 28 U.S.C. §1391.

## FACTS

9. Firemall operates a storefront on Amazon, under the name Firemall LLC.

10. Firemall's Amazon store is listed as having a 100% positive rating within the last 12 months consisting of 6144 Ratings. (Exhibit 3).

11. Firemall cherishes its good reputation as a store that authentic products at a competitive cost, and would never seek out or intentionally sell merchandize that could be, or is counterfeit.

12. Third-Party Defendant Joseph Schwartz, and through his affiliated entities sells products to Firemall LLC as an occasional supplier of consumer products.

13. On October 13, 2015, Joseph Schwartz using his personal email, jschwartz80@verizon.net offered to sell Firemall NUTRIBULLET PRO 900 SERIES BLENDER/MIXER SYSTEM (hereinafter "Nutribullets") that were said to be intended for a customer in Canada who cancelled the order.

14. On October 20, 2015 Firemall placed an order with Mr. Schwartz for 400 Nutribullets, instructing Nika to ship to Amazon. (Exhibit 4).

15. Firemall supplied Joseph Schwartz with Amazon.com labels for each Nutribullet item to facilitate his direct shipment to Amazon's fulfillment centers.

16. Approximately between October 2015 and March 2016 Firemall placed several orders for Nutribullet 900's through Joseph Schwartz with the seller listed on the invoice as Nika Corp. located at 14 Dover Ter. Monsey NY 10952.

17. On information and believe, Mr. Schwartz also resides at 14 Dover Ter. Monsey NY 10952.

18. Firemall LLC only sold Nutribullets supplied by Joseph Schwartz d.b.a. Nika Corp, and/or Nika Promo Inc.

19. On May 2, 2016, CAPRAN HOLDINGS, LLC, and NUTRIBULLET, LLC filed a lawsuit against Firemall LLC and Mitchel Berkowitz for allegedly selling counterfeit Nutribullets in violation of U.S. Trademark Reg. Nos. 2,947,492; 2,947,494; 4,161,917; 4,889,548; 4,316,614; 4,526,464; 4,416,702; Copyright Reg. Nos. VA 1-968-778, VA1-841-670, and TX 7-557- 487; and Patent Reg. Nos. D554,427; D500,633; D532,255.

20. If not for the products supplied by Third Party Defendants, Firemall and Berkowitz would have the underlying legal proceeding initiated by Capran and Nutribullet, nor would Firemall have its reputation potentially tarnished.

21. On information and belief, Nika Promo Inc., and any other DOE

1  affiliated entity failed to follow corporate formalities and co-mingled business and
2  personal assets of Mr. Joseph Schwartz.

3      22.    On August 10, 2016 Firemall notified Joseph Schwartz and Nika Corp
4  regarding its duty to indemnify Firemall LLC. (Exhibit 5).

5      23.    On August 19, 2016, counsel for Nika contacted Firemall's counsel
6  via telephone requesting till monday to respond to the letter. Nika's counsel has not
7  been heard from since.

## FIRST CLAIM FOR RELIEF

### (Equitable indemnity against All Third Party Defendants)

12     24.    Firemall re-alleges and incorporates by reference the allegations in
13  paragraphs 1-23, inclusive, as though fully set forth in this paragraph.

14     25.    Firemall alleges that it is in no way legally responsible for any alleged
15  infringement of U.S. Trademark Reg. Nos. 2,947,492;  2,947,494; 4,161,917;
16  4,889,548; 4,316,614; 4,526,464; 4,416,702; Copyright Reg. Nos. VA 1-968-778,
17  VA1-841-670, and TX 7-557- 487; and Patent Reg.  Nos. D554,427; D500,633;
18  D532,255.

19     26.    Despite Firemall's belief, if Firemall and/or Mitchel Berkowitz are
20  held to be liable for any damages to any party or reach a monetary settlement,
21  Third Party Defendants, Joseph Schwartz, d.b.a. Nika Corp, and Nika Promo Inc.
22  are to be liable for all or any part of the claim for damages asserted against
23  Firemall and Mitchel Berkowitz by CAPRAN HOLDINGS, LLC, and
24  NUTRIBULLET, LLC.

25     27.    Firemall is informed and believes, and based upon such information
26  and belief, alleges that Third-Party Defendants, and each of them, breached
27  implied warranty against infringement under Cal. Com. Code § 2312 and Uniform

Commercial Code §2-312 by selling Firemall with Nutribullets that are not free of claims of patent, trademark, or copyright infringement.

28. Firemall is informed and believes at this time that the above acts of the Third-Party Defendants, and each of them, were the proximate cause of the damages and/or losses to Plaintiff Capran Holdings, LLC, And Nutribullet, LLC.

## SECOND CLAIM FOR RELIEF
### (CONTRIBUTION against All Third Party Defendants)

29. Firemall re-alleges and incorporates by reference the allegations in paragraphs 1-28, inclusive, as though fully set forth in this paragraph.

30. As such, Third-Party Defendants, each of them is responsible and liable for any such damages in direct proportion to the extent of its role in bringing about said damages. If Firemall or Berkowitz is found to be responsible for any such damages, then Firemall and/or Berkowitz is entitled to judgment against Joseph Schwartz, d.b.a. Nika Corp, and Nika Promo. Inc. in an amount proportionate to the amount of its fault.

## PRAYER FOR RELIEF

Firemall respectfully demands judgment against Joseph Schwartz, and Nika Promo Inc. as follows:

a) An award to Firemall and Mitchel Berkowitz of all of its costs and fees in defending the underlying action;

b) An award to Firemall and Mitchel Berkowitz of all of its costs and fees incurred in prosecuting its claim against Third-Party Defendants;

c) Should there be any award of any kind against Firemall and/or Mitchel Berkowitz in favor of CAPRAN HOLDINGS, LLC, and NUTRIBULLET, LLC.

or any other party, an award to Firemall and Mitchel Berkowitz for any such amounts awarded; and

    d) Such other and further relief as this Court or Jury may determine to be just and proper.

Dated: September 21, 2016

Michael N. Cohen,
Joshua H. Eichenstein, of
COHEN IP LAW GROUP, P.C.

By: */s/Michael N. Cohen/*
Michael N. Cohen
Joshua H. Eichenstein
Attorneys for Defendant
Firemall LLC

## **DEMAND FOR JURY TRIAL**

Third-Party Plaintiff, Firemall LLC, a limited liability corporation demands a trial by jury for all claims.

Dated:  September 21, 2016          Michael N. Cohen,
                                    Joshua H. Eichenstein, of
                                    COHEN IP LAW GROUP, P.C.


                           By:   */s/Michael N. Cohen/*
                                 Michael N. Cohen
                                 Joshua H. Eichenstein
                                 Attorneys for Defendant
                                 Firemall LLC