UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 16-2980 DSF (AFMx) | Date | 4/18/17 |
| Title | Capbran Holdings, LLC, et al. v. Firemall LLC, et al. | | |

DALE S. FISCHER, United States District Judge

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff | Attorneys Present for Defendants |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order STAYING Plaintiffs' Motion for Summary Judgment (Dkt. 84) and Defendants' Motion for Summary Judgment (Dkt. 87)

     Plaintiffs Capbran Holdings, LLC and Nutribullet LLC and Defendants Firemall LLC and Mitchell Berkowitz bring cross-motions for summary judgment on Plaintiffs' claims for trademark infringement, trade dress infringement, copyright infringement, design patent infringement, and unfair competition. Defendants alternatively seek partial summary judgment on the issues of whether Berkowitz can be held liable either directly or under an alter ego theory and whether Defendants' infringement was willful. Defs.' Summ. J. Mot. at 2-3. Plaintiffs assert Defendants have committed a number of discovery violations, which they apparently have briefed in a motion for contempt. Pls.' Opp. to Defs. Summ. J. Mot. at 20-21 (Dkt. 92); Ex Parte Appl. to Modify Scheduling Order at 3-4 (Dkt. 112). Given the possibility that Plaintiffs may obtain evidence probative to the parties' cross-motions, the Court stays the motions pending the resolution of Plaintiffs' motion for contempt. The parties are to advise this Court of the ruling on the motion for contempt within two court days of its issuance. In the event Plaintiffs obtain a ruling in their favor, they shall submit - within seven days of receiving requested discovery - a brief discussing the relevance of the new evidence to the parties' motions. Defendants may submit a reply within seven days of Plaintiffs' brief. The parties' briefing shall be limited to five pages each.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

IT IS SO ORDERED.