Michael N. Cohen (SB# 225348)
*mcohen@cohenip.com*
Joshua H. Eichenstein (SB#299392)
*jeichenstein@cohenip.com*
COHEN IP LAW GROUP
A Professional Corporation
9025 Wilshire Boulevard, Suite 301
Beverly Hills, California 90211
Phone: (310) 288-4500 • Fax: (310) 246-9980

David S. Poole (SB#94690)
*dpoole@pooleshaffery.com*
Poole & Shaffery LLP
400 S. Hope Street, Ste 1100
Los Angeles, CA 90071
Phone: (213) 439-5390• Fax: (213) 439-0183

Attorneys for Defendants
FIREMALL LLC, and MITCHEL BERKOWITZ

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CAPBRAN HOLDINGS, LLC, a California LLC, and NUTRIBULLET, LLC, a California LLC,<br><br>Plaintiffs,<br>v.<br>FIREMALL LLC, a New York LLC, and MITCHEL BERKOWITZ, an individual,<br><br>Defendants. | Case No. 2:16-cv-02980-DSF-AFM<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT: In accordance with the Court's Standing Order, Local Rule 16-15.7 and the instruction of the Court, Plaintiffs hereby submit this Notice of Settlement to notify the Court that the lawsuit has been settled, and to request 30 days in which to file the dismissal

Dated:  August 28, 2017                COHEN IP LAW GROUP, P.C.


By:  /s/ Michael N. Cohen
Michael N. Cohen
Joshua H. Eichenstein
David S. Poole
Attorneys for Defendants
Firemall LLC, Mitchel Berkowitz

Notice of Settlement