# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CAPBRAN HOLDINGS, LLC, a California LLC, and NUTRIBULLET, LLC, a California LLC,<br><br>Plaintiffs,<br><br>v.<br><br>FIREMALL LLC, a New York LLC, and MITCHEL BERKOWITZ, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 2:16-cv-02980-DSF(AFMx)<br><br>**AMENDED JUDGMENT FOR TRADEMARK AND TRADE DRESS INFRINGEMENT, COPYRIGHT INFRINGEMENT, AND DESIGN PATENT INFRINGEMENT**<br><br>**The Hon. Judge Dale S. Fischer** |

The Parties having so stipulated and good cause appearing, the Court enters an Amended Judgement in accordance with the following terms.

**<u>AMENDED JUDGMENT</u>**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

(1) The Judgement entered on September 25, 2017 (Dkt. #183) is incorporated herein by reference in its entirety;

(2) All claims against Defendants Firemall, LLC ("Firemall") and Mitchel Berkowitz ("Berkowitz") are hereby DISMISSED WITH PREJUDICE;

(3) Firemall, Berkowitz, and other entities in which Berkowitz retains any ownership interest, either directly or through his family or agents are permanently enjoined from infringing any of Plaintiffs Capbran Holdings, LLC and Nutribullet, LLC's (collectively referred to as "Capbran") trademarks, trade dress, copyrights, and design patents, including but not limited to any future sales of counterfeit products of Capbran or its related entities; and

(4) Each Party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 3/6/18

Hon. Dale S. Fischer
United States District Judge